IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORENZO PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-523-WKW |
| | ) | [WO] |
| SUN LOAN COMPANY | ) | |
| ALABAMA, INC., BRUNDAGE | ) | |
| MANAGEMENT COMPANY, | ) | |
| INC., THOMAS BRUNDAGE, | ) | |
| SUN LOAN COMPANY, INC., | ) | |
| and HUGH DOHERTY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 7.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. Plaintiff's First Amended Complaint is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A final judgment will be entered separately.

DONE this 5th day of December, 2017.

    /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE